RALPH P. GUENTHER, Esq. 124245
rguenther@guentherlawgroup.com
GUENTHER LAW GROUP
601 S Main Street
Salinas, CA 93901

(831) 783-3440

Attorneys for Debtors
ROBERT R VELA
SANDY E VELA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:                                          Case No. 19-52094

ROBERT R VELA                                   Chapter 13
SANDY E VELA,

       Debtors.
_____/

**MOTION TO EXTEND TIME IN WHICH TO FILE**

**SCHEDULES AND RELATED DOCUMENTS**

    Robert R Vela & Sandy E Vela, Debtors, apply to the Court for an Order Extending Time in Which to File Schedules and Related Documents. In support of the Motion, Debtors represent as follows:

    1.    The debtors filed their Voluntary Petition under Chapter 13 of the Bankruptcy Code on October 15, 2019. The filing was done as a "skeletal filing" to enjoin a foreclosure sale of Debtors' residence and to reorganize other debts owed by Debtors.

    2.    The Court has set October 29, 2019 as the last day to file the Schedules and related documents.

    3.    Debtors, by their attorney, have been in contact with the beneficiaries of a deed of

1

trust secured by their residence regarding repayment options and/or bankruptcy treatment under Debtors' Chapter 13 Plan. Debtors have been focused on these negotiations and have not yet provided their attorney with the additional documents/information necessary to complete the schedules, statements and other documents required to be filed with the Court. Debtors have committed to providing the documents/information necessary to allow their Chapter 13 case to proceed.

4. Accordingly, Debtors respectfully request that the Court extend the time for filing the Schedules and related documents to November 12, 2019, by which time Debtors will have had sufficient time to confer with counsel and finalize the documents.

5. The meeting of creditors has not yet been scheduled.

Dated: October 28, 2019                          DOUGHERTY & GUENTHER, APC

                                                     */s/ Ralph P. Guenther*
                                                     RALPH P. GUENTHER
                                                     Attorney for Debtors