

The following constitutes the order of the Court.
Signed: October 30, 2019

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

ROBERT R. VELA and

SANDY E. VELA,

                Debtors.

Case No. 19-52094 MEH

Chapter 13

## ORDER EXTENDING DEADLINE

      On request of the debtors, and good cause appearing, the deadline to file the required documents and to provide the Trustee with a copy of the most recent Federal income tax return is extended to close of business on November 12, 2019.  In the event the debtors fail to timely file the above documents, this case may be dismissed without further notice or hearing.

**END OF ORDER**

**COURT SERVICE LIST**

All ECF Recipients