Form NDC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Robert R Vela and Sandy E. Vela | Case No.: 19–52094 MEH 13 |
| aka Robert Rocky Vela | Chapter: 13 |
| aka Bobby Rocky Vela | |
| dba Central Coast Mortgage, Inc. | |
| dba MOVE Capital, LLC | |
| dba VS Development, LLC | |
| dba Vela Estates, Inc. | |
| dba Patria Development, LLC | |
| aka Sandy Erica Vela | |
| aka Sandy Erica Banuelos | |
| Debtor(s) | |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order Extending Deadline, filed on 10/30/2019. Therefore, it is ordered that this case be **dismissed**.

Dated: 11/13/19

By the Court:

M. Elaine Hammond
United States Bankruptcy Judge