# TIFFANY & BOSCO
### P.A.

MEGAN E. LEES (SBN 277805)
mel@tblaw.com
ROBERT P. ZAHRADKA (SBN 282706)
rpz@tblaw.com
1455 Frazee Road, Suite 820
San Diego, CA 92108
Tel.: (619) 501-3503
Attorneys for Creditor: PennyMac Loan Services, LLC

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>Robert R Vela aka Robert Rocky Vela dba Central Coast Mortgage, Inc. aka Bobby Rocky Vela dba MOVE Capital, LLC dba Vela Estates, Inc. dba Patria Development, LLC dba VS Development, LLC and Sandy E. Vela aka Sandy Erica Vela aka Sandy Erica Banuelos<br><br>      Debtor. | Case No. 19-52094-MEH<br><br>Chapter 13<br><br>REQUEST FOR SPECIAL NOTICE AND INCLUSION IN MAILING LIST PURSUANT TO BANKRUPTCY RULES 2002, 9014 AND 7004 |

**TO:   THE CLERK OF THE BANKRUPTCY COURT AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Tiffany & Bosco, P.A. has been retained by PennyMac Loan Services, LLC ("Creditor") in the above-referenced bankruptcy case. Creditor and Tiffany & Bosco, P.A. hereby request special notice of all matters relating to the property address located at 40 44 Linden Rd Watsonville, CA 95076 that must be noticed to creditors, the committee, or other parties in interest at the following addresses:

| | |
|---|---|
| PennyMac Loan Services, LLC<br>P.O. Box 2010<br>Moorpark, CA 93020 | Tiffany & Bosco, P.A.<br>1455 Frazee Road, Suite 820<br>San Diego, CA 92108 |

    Any appearances or filings of other documentation the instant case shall not constitute a waiver of Fed.R.Bankr. Rule 7004. The above parties must be served directly and Creditor does not authorize Tiffany & Bosco, P.A. to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

DATED: November 13, 2019                     TIFFANY & BOSCO, P.A.

                                                               BY /s/ Robert P. Zahradka
                                                                Robert P. Zahradka (SBN 282706)
                                                                Attorney for Creditor
                                                                TB File # 17-81257